**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| V.M.L.G., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 7:26-cv-125-WLS-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, IRWIN DETENTION | : | |
| CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## **ORDER**

On May 4, 2026, the Court ordered that Respondents provide Petitioner with a bond hearing within seven days to determine if Petitioner may be released on bond or file a motion seeking relief from the order.  Order 2, ECF No. 3.  The Court also ordered that once a bond hearing was held, Petitioner should file a notice of dismissal. *Id.*  The time for compliance with the Court's order has passed, and the Court received neither a motion from Respondents seeking relief nor a notice of voluntary dismissal from Petitioner.  Based on the absence of a motion seeking relief filed by Respondents, the Court presumes a bond hearing was held in compliance with the Court's order. Consequently, Petitioner is ordered to either file a notice of dismissal or respond and show cause within seven (7) days why this action should not be dismissed as moot and judgment entered.

**SO ORDERED**, this 27th day of May, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE