IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VICTOR MAURICIO LOBO GONZALEZ (A216-330-008), <br><br><br> Petitioner, <br><br> v. <br><br> TODD BLANCHE, Acting Attorney General of the United States; KRISTEN SULLIVAN, Acting Field Office Director of Immigration and Customs Enforcement, Atlanta Field Office; WARDEN OF IRWIN COUNTY DETENTION CENTER; MARK WAYNE MULLIN, Secretary of The Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Respondents. | Case No. 7:26-cv-125-WLS-AGH <br><br> **DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS** |

## DISMISSAL OF PETITION FOR A WRIT OF HABEAS CORPUS

The petitioner hereby dismisses the above-styled petition and any amendment, pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure.

This May 27, 2026.

Respectfully submitted,

/s/Noemi Puntier

Noemi Puntier
Attorney for Petitioner
Georgia Bar: 661434

Puntier Law Firm, LLC
5300 Oakbrook Pkwy, Suite 390
Norcross, Georgia 30093
Tel:404-902-6004
Email: Noemi@puntierlaw.com

SO ORDERED this _26th_ day
of _May_, _2026_.

W. Louis Sands, Sr. Judge
United States District Court