IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

VICTOR MAURICIO LOBO GONZALEZ,     *

         Petitioner,     *

v.          Case No.  7:26-cv-125 (WLS-AGH)

     *

WARDEN OF IRWIN COUNTYDETENTION
CENTER, et al.,     *

         Respondents.     *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 28, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 29th day of May, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk